IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00261-BNB

KENNETH A. SMITH,

Plaintiff/Petitioner,

v.

IN THE UNITED STATES DISTRICT COURT FOR THE TENTH CIRCUIT, DISTRICT OF COLORADO,

Defendant/Respondent.

## ORDER OF DISMISSAL

Plaintiff/Petitioner Kenneth A. Smith initiated this action by filing *pro se* a "Motion for Writ of Habeas Corpus Pursuant to 13-45-101." In an order filed on February 7, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Smith to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Smith to file an application for a writ of habeas corpus on the proper form and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Smith was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Smith has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's February 7 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the "Motion for Writ of Habeas Corpus Pursuant to 13-45-101" is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 20 day of March, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00261-BNB

Kenneth A. Smith
Prisoner No. 109467
CTCF - CH1
PO Box 1010
Cañon City, CO 81215- 1010

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/21/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk